HAROLD BRENT *v.* SANDRA P. LEBOWITZ*

The plaintiff's petition for certification for appeal from the Appellate Court, 67 Conn. App. 527 (AC 21073), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court improperly applied the child support and arrearage guidelines under General Statutes § 46b-215b to the arrearage owed by the plaintiff?"

The Supreme Court docket number is SC 16708.

*Mark Miller,* in support of the petition.

*Emily J. Moskowitz,* in opposition.

Decided March 14, 2002

ZML 301 TRESSER LIMITED PARTNERSHIP *v.* CITY OF STAMFORD

PRUDENTIAL REALTY SECURITY II, INC. *v.* CITY OF STAMFORD

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 697 (AC 21235/ AC 21236), is denied.

*Jonathan S. Bowman, Monte E. Frank* and *Barbara M. Schellenberg,* in support of the petition.

*Elliott B. Pollack* and *Gregory F. Servodidio,* in opposition.